395 A.2d 1021

Commonwealth v. Wansitler, Appellant.

Submitted April 10, 1978. William M. Panella, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.